■

**KE.B.–W.**

v.

**J.W.**

**287 WDA 2017**

Superior Court of Pennsylvania.

08/16/2017

FD 16–7135–002
(Allegheny)

Affirmed

■

**COM.**

v.

**LAGRECA, J.**

**3164 EDA 2014**

Superior Court of Pennsylvania.

08/17/2017

CP–39–CR–0002243–2014
(Lehigh)

Affirmed

■

**COM.**

v.

**RHOADES, M.**

**3789 EDA 2015**

Superior Court of Pennsylvania.

08/17/2017

Reargument Denied 10/11/2017

CP–51–CR–0008038–2012
(Philadelphia)

Affirmed

■

**COM.**

v.

**BARNES, J.**

**2576 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–45–CR–0000481–2007 (Monroe)

Affirmed

